899

No. P67/364.—Atlas Trading Corp. and E. Miltenberg, Inc. *v.* United States, protests 65/2024 and 64/13377 (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of synthetic rubber footwear and other synthetic rubber articles and that the issues herein are similar in all material respects to those in *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 30, 1967

No. P67/365.—Traveler Trading Co. *v.* United States, protests 61/12517, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature hunting knives similar in all material respects to those the subject of *M. Pressner & Co. et al.* v. *United States* (49 Cust. Ct. 301, Abstract 67195), the claim of the plaintiff was sustained.

No. P67/366.—S. S. Kresge Co. *v.* United States, protests 65/17205 and 66/1988 (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bicycle horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiff was sustained.

No. P67/367.—Gulf States Trading Company and Leslie B. Canion *v.* United States, protest 309120–K (Galveston).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of seamless steel oil well casing advanced beyond hammering, rolling, or casting similar in all material respects to that the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C.D. 1577), the claim of the plaintiffs was sustained.